# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00138-LTB

DANIELLE ALFARO,

    Plaintiff,

v.

THE STATE OF COLORADO,
BONNIE MCLEAN, individually and in her professional capacity, and
CARLOS ARMANDO SAMOUR, JR., individually and in his professional capacity,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 13, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 13th day of March, 2017.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/D. Kalsow
                                  Deputy Clerk